**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

MEMO ENDO

February 7, 2023

**BY ECF AND E-MAIL**

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
Hon. Charles L. Brieant, Jr. United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Raymond Rodriguez*, 17 Cr. 281 (KMK)
Adjourning VOSR status conference

Dear Judge Karas:

The Government respectfully submits this letter, without objection from defense counsel, requesting an adjournment of the VOSR status conference from February 9, 2023 to an available date during the third or fourth week of March. Mr. Rodriguez is currently out on bail, and the ongoing state court case that is the underlying basis for the VOSR is still pending.

Granted. The VOSR conference is adjourned to 4/20/23, at 4:00

So Ordered.
/s/
2/8/23

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Timothy Ly
Assistant United States Attorney
(914) 993-1910

Cc: Rachel Martin, Esq. (by ECF and email)
U.S. Probation Officer Erica Cudina (by email)